GEORGE S. CARDONA
Acting United States Attorney
Sandra R. Brown
Assistant United States Attorney
Chief, Tax Division
Thomas D. Coker [SBN 136820]
Assistant United States Attorney
    Room 7211, Federal Building
    300 N. Los Angeles Street
    Los Angeles, CA  90012
    Telephone: (213) 894-2454
    Facsimile: (213) 894-0115

Attorneys for the United States of America

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER/CHAPPELL MUSIC, INC., | Case No. CV 06-00036-RGK (MANx) |
|     Plaintiff, | [**PROPOSED**] ORDER TO PLACE CASE BACK ON ACTIVE STATUS AND ENTRY OF JUDGMENT DISBURSING INTERPLEADER FUND |
| vs. | |
| UNITED STATES DEPARTMENT OF THE TREASURY, et al., | |
|     Defendants. | |

Pursuant to the request that this case be placed on active status and for a Judgment that comports with the terms of the settlement reached among the defendants in Bankruptcy Court, this Court hereby orders:

  1.  In light of the Bankruptcy Court's order lifting the automatic stay, this case is to be placed in active status;

//
//
//

1    2.   Judgment is to be entered allocating the $212,465.07 in interpled funds deposited by Warner/Chappell with the Los Angeles Superior Court in connection with the interpleader action filed by Warner/Chappell on or about November 30, 2005, and assigned case no. BC343696 as follows: (a)  $10,000 to Defendant Sharitha Golden; and (b) $202,456.07, plus all accrued interest, if any, to Defendant United States of America.  Accordingly,

IT IS HEREBY ORDERED that upon entry of this order the Clerk of the Superior Court for the County of Los Angeles shall release and pay the sum of $10,000 to Defendant Sharitha Golden.  Payment to Sharitha Golden shall be made payable and sent to:

> Starre & Cohn Client Trust Account,
> 15760 Ventura Blvd., #801
> Encino, CA 91436

IT IS HEREBY FURTHER ORDERED that the Clerk of the Superior Court for the County of Los Angeles shall release and pay the sum of $202,456.07, plus all accrued interest, if any, to the United States of America, **Internal Revenue Service**.  Payment to the Federal Government shall be sent to:

> c/o  Thomas Coker
>      Assistant United States Attorney
>      300 N. Los Angeles St., Room 7211
>      Los Angeles, California  90012

//
//
//

1    The Clerk of the Superior Court of California in and for the
2  County of Los Angeles shall disburse in the manner set forth
3  above the interpleader funds deposited on or about November 30,
4  2005, with the Superior Court of California, Los Angeles County,
5  by plaintiff Warner/Chappell in *Case No. BC343696*.

6
7  Dated: February 24, 2010          /s/ Gary Klausner
                                     _____
                                     R. GARY KLAUSNER
8                                    UNITED STATES DISTRICT JUDGE

16  Presented by:

17  GEORGE S. CARDONA
    Acting United States Attorney
18  SANDRA R. BROWN
    Assistant United States Attorney
19  Chief, Tax Division

20

21   /s/_____
    THOMAS D. COKER
22  Assistant United States Attorney
    Attorneys for the United States of America

23

24  *Warner/Chappell v. United States, et al.*
    CV 06-00036-RGK (MAN)

25  Order Placing Case Back on
    Active Status and Entry of
26  Judgment Disbursing Interpleader
    Fund
27

28